**STATE of Missouri, Respondent,**

v.

**Jeffrey Scott HARTLEY, Appellant.**

**Jeffrey Scott HARTLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 45722, WD 46859.**

Missouri Court of Appeals,
Western District.

June 8, 1993.

Raymond L. Legg, Office of the State Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from convictions of two counts of fraudulent use of a credit device, § 570.130, RSMo 1986, and one count of stealing, § 570.030, RSMo 1986; and further appeal from denial of Rule 29.15 motion for postconviction relief.

Conviction affirmed pursuant to Rule 30.-25(b); denial of postconviction relief affirmed pursuant to Rule 84.16(b).